# United States District Court
### NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

RONALD GREGORY MILLER       §
§
v.       §      CIVIL ACTION NO. 7:25-CV-0069-S-BP
§
ALLSTATE INSURANCE COMPANY     §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Court **GRANTS** Defendant's Motion to Compel Arbitration and Stay Proceedings [ECF No. 43]. This case is **ABATED** and **ADMINISTRATIVELY CLOSED** pending resolution of the arbitration. *See* 9 U.S.C. § 3. It is **ORDERED** that **within 30 days** of the conclusion of the arbitration, the parties are to file an appropriate motion to either dismiss the case or reopen it for further proceedings.

**SO ORDERED.**

SIGNED March 10, 2026.

_____
**UNITED STATES DISTRICT JUDGE**